UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PURTILL, | No. 2:22-cv-0199 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On May 2, 2022, respondent filed a motion to dismiss the petition as untimely and for petitioner's failure to exhaust claim two. Petitioner sought an extension of time to file an opposition and shortly thereafter filed a motion to stay these proceedings to permit him to exhaust his state remedies for claim two. Good cause appearing, petitioner's motion for an extension of time will be granted. In addition, respondent will be ordered to file a response to the motion to stay.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's motion for an extension of time (ECF No. 15) to file an opposition to the motion to dismiss is granted. Within thirty days of the filed date of this order, petitioner shall file an opposition. Respondent may file a reply within fourteen days thereafter.

////

1

2. Within thirty days of the filed date of this order, respondent shall file a response to the motion to stay. Petitioner may file a reply brief within fourteen days of the date he receives respondent's filing.

Dated: July 11, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Habeas/R/purt0199.mtd oppo eot

2