UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PURTILL,<br><br>  Petitioner,<br><br>  v.<br><br>PATRICK COVELLO,<br><br>  Respondent. | No. 2:22-cv-0199 KJM DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus. On May 2, respondent filed a motion to dismiss the petition as untimely and because one claim is unexhausted. Petitioner then filed a motion to stay this case to permit him to raise his unexhausted claim in state court. Petitioner has now filed a "Request for Clarification." Petitioner wants to confirm that his opposition to the motion to dismiss does not mean he is withdrawing his motion to stay. Petitioner can be assured that this court considers both motions to be pending before it. Once all the briefing has been filed, this court will review both motions.

Dated:  August 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Habeas/R/purt0199.clarif

1