1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRIS PURTILL,                         No.  2:22-cv-0199 KJM DB P

12                    Petitioner,

13        v.                                ORDER

14   PATRICK COVELLO,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 3, 2022, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within thirty days.  Neither party filed objections

23   to the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 3, 2022 are adopted in full;

2.  Respondent's motion to dismiss (ECF No. 11) is granted on the grounds that the petition is untimely;

3.  Petitioner's motion to stay (ECF No. 16) and request for DNA testing (ECF No. 18) are denied as moot;

4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5.  This case is closed.

DATED:  February 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE